UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Zakariya Abdikarim,  Civil No. 24-3354 (PJS/LIB)

      Plaintiffs,

vs.  ORDER ADOPTING
REPORT AND RECOMMENDATION

Christina M. Galewski,
Prosecuting Attorney;
Connor R. West, Sergeant;
Marie Eldern, Head DA Office;
Chief of Police; Ottertail County Sheriff;
and Unknown Officer,

      Defendants.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. This action is **DISMISSED without prejudice** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 20, 2024      s/Patrick J. Schiltz
At Minneapolis, Minnesota      Patrick J. Schiltz, Chief Judge
    United States District Court